**McKool Smith, P.C.**
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY 10001
Tel. 212-402-9400
Fax. 212-402-9444
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADVANCED SPINAL CARE & ASSOCIATES LLC<br><br>Plaintiff,<br><br>v.<br><br>HORIZON HEALTHCARE SERVICES, INC. dba HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY;<br><br>Defendant. | Hon. Esther Salas, U.S.D.J.<br><br>Hon. Edward S. Kiel, U.S.M.J.<br><br>Civil Action No.: 2:23-cv-20716-ES-ESK<br><br>**DECLARATION OF JON D. COREY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, **JON D. COREY**, declare under penalty of perjury as follows:

1. I am a principal with the law firm of McKool Smith, P.C., attorneys for Plaintiff Advanced Spinal Care & Associates, LLC ("Plaintiff"), resident in the firm's Washington, D.C. office. Our D.C. office is located at 1999 K Street, NW, Suite 600, Washington, D.C. 20006. Our office telephone number is 202-370-8300, and my email address is jcorey@mckoolsmith.com.

2. I am filing this declaration in support of a motion seeking my admission, pro hac vice, for the purpose of representing Plaintiff in the above-captioned action.

3. I am admitted to practice in the bars of California (1996), New York (2009) and Washington, D.C. (2005) and various federal courts, including the Federal Circuit Court of Appeals (2011), the Ninth Circuit Court of Appeals (2001), the District Courts for the Central

(1996), Northern (1999), and Southern (2001) Districts of California, the District of Columbia (2011), the Eastern District of Texas (2023), and the United States Court of Federal Claims.

4. The New York Bar Association at 1 Elk Street, Albany, NY 12207 maintains the roll of members of its bar.

5. The State Bar of California at 180 Howard Street San Francisco, CA 94105 maintains the roll of members of its bar.

6. The D.C. State Bar Association at 901 4th Street, NW, Washington, D.C. 20001 maintains the roll of members of its bar.

7. I am not admitted to practice law in any other states or courts.

8. I have never been under suspension or disbarment by any court, state or federal.

9. I am a member in good standing in all courts to which I have been admitted. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

10. I am familiar with the Local Civil Rules of the United States District Court for the District of New Jersey.

11. Upon being admitted to appear pro hac vice, I will forthwith pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2.

12. Pursuant to Local Civil Rule 101.1(c)(3), upon being admitted to appear pro hac vice, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Respectfully submitted,

Dated: October 7, 2023

**MCKOOL SMITH, P.C.**

By: /s/ Jon D. Corey
Jon D. Corey
jcorey@mckoolsmith.com
1999 K Street NW, Suite 600
Washington, D.C. 20006
T: (202) 370-8300
F: (202) 370-8344

***Attorneys for Plaintiff***