UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Advanced Spinal Care & Associates LLC

Plaintiff(s),

v.

Horizon Healthcare Services, Inc.

Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No. 2:23-cv-20716

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
/s/ David I. Schiefelbein

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Jon D. Corey
_____

Address: McKool Smith, P.C.
_____

1999 K Street, NW
_____

Suite 600
_____

Washington D.C. 20006
_____

E-mail: jcorey@mckoolsmith.com
_____
(One email address only)

DNJ-CMECF-002 |