**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton
Clerk

312-435-5670

Re: ADVANCED SPINAL CARE & ASSOCIATES LLC v. HORIZON HEALTHCARE SERVICES, INC

USDC Number: 2: 23-cv-20716 (1:25cv4059)

MDL Number: 3121

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC New Jersey. The case number assigned to the above case is 25-cv-04059. Judge Matthew F. Kennelly is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By: A. Ellis
Deputy Clerk