**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re *MultiPlan Health Insurance Provider Litigation*<br><br>*This Document Relates to:*<br><br>ADVANCED SPINAL CARE & ASSOCIATES LLC D/B/A THE ADVANCED SPINE CENTER and JASON E. LOWENSTEIN MD, PLLC.<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON HEALTHCARE SERVICES, INC. D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; MULTIPLAN CORP.; MULTIPLAN, INC.; VIANT, INC.; VIANT PAYMENT SYSTEMS, INC.; NATIONAL CARE NETWORK, LLC; and MEDICAL AUDIT & REVIEW SOLUTIONS, INC.<br><br>Defendants. | Civil Action No.: 1:25-cv-04059<br><br>MDL 3121<br><br>DIRECT FILED<br>FIRST AMENDED SHORT FORM COMPLAINT PURSUANT TO MDL CASE MANAGEMENT ORDER NO. 6 |

**ADVANCED SPINAL CARE & ASSOCIATES LLC AND JASON E. LOWENSTEIN MD, PLLC'S FIRST AMENDED SHORT-FORM COMPLAINT**

Plaintiffs Advanced Spinal Care & Associates LLC d/b/a The Advanced Spine Center ("Advanced Spinal") and Jason E. Lowenstein MD, PLLC ("Lowenstein") (collectively, "Advanced Spinal" or "Plaintiffs") file this First Amended Short-Form Complaint and Demand for Jury Trial against the Defendants named below by and through the undersigned counsel. Plaintiffs incorporate by reference the factual allegations, as well as the claims and relief checked off below, sought in the Consolidated Master Direct Action Plaintiff Complaint ("Consolidated Master DAP Complaint") as it relates to the named Defendants (checked-off below), filed in *In re Multiplan Health Insurance Provider Litigation,* MDL No. 3121, in the United States District Court for the Northern District of

Illinois. Plaintiffs file this Short-Form Complaint pursuant to Case Management Order No. 6, filed on the MDL Docket (No. 1:24-cv-06795) at ECF 179.

Plaintiffs indicate by checking the relevant boxes below the Parties, Designated Forum, Jurisdiction and Venue, Causes of Actions and other Relevant Information specific to Plaintiffs' case. Plaintiffs, by and through the undersigned counsel, allege as follows:

## IDENTIFICATION OF PARTIES

### A. PLAINTIFFS

1. Name of the Plaintiffs alleging claims against Defendant(s):

   **Advanced Spinal Care & Associates LLC d/b/a The Advanced Spine Center ("Advanced Spinal")**

   **Jason E. Lowenstein MD, PLLC ("Lowenstein")**

2. For each Plaintiff that is a corporation, list the state of incorporation and state of principal place of business. For each Plaintiff that is an LLC or partnership, list the state citizenship of each of its members. For each Plaintiff that is a natural person, list the state of residency and citizenship at the time of the filing of this First Amended Short-Form Complaint [Indicate State[s]]:

   **Advanced Spinal**
   - All Advanced Spinal members are New Jersey citizens.

   **Lowenstein**
   - All Lowenstein members are New Jersey citizens.

### B. DEFENDANTS

3. Plaintiffs name the following Defendants[1] in this action [*Check all that apply*]:

| | |
|---|---|
| X | MultiPlan, Inc. |

[1] Each Defendant named in this First Amended Short-Form Complaint includes each of that entity's executives, employees, directors, and majority-owned subsidiaries. For example, UnitedHealth Group Inc. includes, among others, the following majority-owned subsidiaries: United Healthcare Insurance Company, and its affiliates; United Healthcare Services Inc.; United Healthcare Service LLC; Oxford Benefit Management, Inc.; UMR, Inc.; Sierra Health and Life Insurance Company, Inc.; Sierra Health-Care Options, Inc.; Health Plan of Nevada, Inc.; and United Healthcare of Florida, Inc.

| | |
|---|---|
| | Aetna, Inc. |
| | Blue Shield of California Life & Health Insurance Company |
| | Blue Cross Blue Shield of Michigan Mutual Insurance Company |
| | Aware Integrated, Inc. and BCBSM, Inc. d/b/a Blue Cross Blue Shield Of Minnesota |
| | Cambia Health Solutions, Inc. f/k/a The Regence Group |
| | Centene Corporation |
| | The Cigna Group |
| | Elevance Health, Inc. f/k/a Anthem, Inc. |
| | Health Care Service Corporation |
| | Highmark Health |
| X | Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey |
| | Humana Inc. |
| | Kaiser Foundation Health Plan, Inc. |
| | Molina Healthcare, Inc. |
| | UnitedHealth Group Inc. |
| | Allied National, LLC |
| | Benefit Plans Administrators of Eau Claire, LLC |
| | Central States Southeast and Southwest Areas Health and Welfare Fund |
| | Consociate, Inc. d/b/a Consociate Health |
| | Healthcare Highways Health Plan (ASO), LLC |
| | Secure Health Plans Of Georgia, LLC D/B/A Secure Health |
| | Sanford Health Plan |
| | CareFirst Of Maryland |
| | Blue Cross Blue Shield of Massachusetts |

## C. OTHER DEFENDANTS

For each "Other Defendant" Plaintiffs contend are additional parties and are liable or responsible for Plaintiffs' damages alleged herein, Plaintiffs must identify by name each Defendant and its citizenship, and Plaintiffs must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiffs may attach additional pages to this First Amended Short-Form Complaint.

| | **Name** | **Citizenship** |
|---|---|---|
| 1 | MultiPlan Corp. | New York |
| 2 | Viant, Inc. | Illinois |

| | | |
|---|---|---|
| 3 | Viant Payment Systems, Inc. | Illinois |
| 4 | National Care Network, LLC | Texas |
| 5 | Medical Audit & Review Solutions, Inc. | Illinois |

## DESIGNATED FORUM

4. For Direct Filed Cases: Identify the Federal District Court in which the Plaintiffs would have filed in the absence of direct filing: **N/A**

5. For Transferred Cases: Identify the Federal District Court in which the Plaintiffs originally filed and the date of filing: **District of New Jersey (Sept. 27, 2023)**

## JURISDICTION AND VENUE

6. Subject Matter Jurisdiction is based on:

| | |
|---|---|
| | Diversity of Citizenship |
| X | Federal Question |
| X | Other (The basis of any additional grounds for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):<br><br>**Statutory Jurisdiction (15 U.S.C. § 15 (antitrust), 28 U.S.C. § 1337(a) (antitrust))**<br><br>**Supplemental Jurisdiction (28 U.S.C. § 1367)**<br><br>**Pendent Jurisdiction** |

## FACTS AND INJURIES ASSERTED

7. Plaintiffs adopt all paragraphs of the Consolidated Master DAP Complaint by reference, except for the allegations set forth in any cause of action that Plaintiffs do not adopt (as indicated below).

8. Plaintiffs adopt and allege as injuries resulting from the challenged conduct the injuries to DAPs set forth in the Consolidated Master DAP Complaint.

## ADDITIONAL FACTS DEMONSTRATING STANDING TO BRING CAUSES OF ACTION

9. Plaintiffs allege the following additional facts in support of their standing to bring causes of action:

| |
|---|
| Plaintiffs adopt by reference all paragraphs of their Second Amended Complaint attached as Exhibit 1. |

## CAUSES OF ACTION ASSERTED

10. Plaintiffs adopt and assert the following Causes of Action alleged in the Consolidated Master DAP Complaint, and the allegations with regard thereto, against the Defendants identified above (*check all that are adopted*).

| Check all that apply | Count | Cause of Action | Law pursuant to which the cause of action is asserted in the Master Complaint |
|---|---|---|---|
| X | I | Horizontal Agreements in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | II | Hub-And-Spoke Agreement in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| | III | Principal-Agent Combinations in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | |
| X | IV | Agreements to Unreasonably Restrain Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | V | Anticompetitive Information Exchange (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | VI | Violation of State and D.C. Antitrust Statutes | State Law |
| X | VII | Violation of State Consumer Protection Laws | State Law |
| | VIII | Unjust Enrichment | State Common Law |

## NOTE

If Plaintiffs want to allege additional Causes of Action other than those selected in the preceding paragraph, which are the Causes of Action set forth in the Master Complaint, the facts supporting those additional Causes of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiffs may attach additional pages to this First Amended Short-Form Complaint.

In support of their additional causes of action listed below, Plaintiffs adopt by reference all paragraphs of their Second Amended Complaint attached as Exhibit 1.

## ADDITIONAL CAUSES OF ACTION

11. Plaintiffs assert the following additional Causes of Action and supporting allegations against the following Defendants:

| Cause of Action | Asserted Against | Law pursuant to which the cause of action is asserted in the Master Complaint |
|---|---|---|
| Conspiracy/Combination in Restraint of Trade (*per se* violation of N.J.S.A. § 56:3, *et seq.*) | All Defendants | State Law |
| Conspiracy/Combination in Restraint of Trade (quick look/rule of reason violation of N.J.S.A. § 56:3, *et seq.*) | All Defendants | State Law |
| Conspiracy/Combination in Restraint of Trade (*per se* violation of N.Y. GEN. BUS. LAW § 340, *et seq.*) | All Defendants | State Law |
| Conspiracy/Combination in Restraint of Trade (quick look/rule of reason violation of N.Y. GEN. BUS. LAW § 340, *et seq.*) | All Defendants | State Law |
| Conspiracy/Combination in Restraint of Trade (*per se* violation of 740 ILCS 10/3, *et seq.*) | All Defendants | State Law |
| Conspiracy/Combination in Restraint of Trade (quick look/rule of reason violation of 740 ILCS 10/3, *et seq.*) | All Defendants | State Law |

## PRAYER FOR RELIEF

12. Check all that apply:

| | |
|---|---|
| X | **WHEREFORE,** Plaintiffs pray for all available compensatory damages, treble damages, punitive damages in amounts to be proven at trial, and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiffs may be entitled, including disgorgement. |
| X | **WHEREFORE,** Plaintiffs pray for declaratory and injunctive relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiffs may be entitled. |

**JURY DEMAND**

| | |
|---|---|
| X | Plaintiffs hereby demand a trial by jury as to all claims in this action. |
| | Plaintiffs **do not demand** a trial by jury as to all claims in this action. |

****

By signature below, Plaintiffs' counsel hereby confirms their submission to the authority and jurisdiction of the United States District Court of the Northern District of Illinois and oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of pro hac vice status.

Date: July 23, 2026

**MCKOOL SMITH, P.C.**

/s/ Jon Corey

Jon Corey (pro hac vice)
jcorey@mckoolsmith.com
1717 K Street NW, Suite 1000
Washington, D.C. 20006
T: (202) 370-8300
F: (202) 370-8344

David Schiefelbein (pro hac vice)
dschiefelbein@mckoolsmith.com
Hal M. Shimkoski (pro hac vice)
hshimkoski@mckoolsmith.com
1301 Avenue of the Americas, 32nd Floor
New York, New York 10001
T: (212) 402-6400
F: (212) 402-9444

Jason A. Zweig
**BARTKO PAVIA LLP**
jzweig@bartkowlaw.com
One S. Wacker Dr., 36th Floor
Chicago, IL 60606
T: (415) 956-1900

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 23, 2026, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

Date: July 23, 2026

**MCKOOL SMITH, P.C.**

/s/ Jon Corey
Jon Corey (pro hac vice)
jcorey@mckoolsmith.com
1717 K Street NW, Suite 1000
Washington, D.C. 20006
T: (202) 370-8300
F: (202) 370-8344